UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:22-cr-00201 NCC |
| JAMES WILLIAMS, | ) ) |
| Defendant. | ) ) |

## INFORMATION

The Grand Jury charges that:

On or about September 14, 2020 through on or about September 22, 2020, in the County of St. Louis, within the Eastern District of Missouri,

**JAMES WILLIAMS,**

the Defendant herein, having taken charge of mail, did knowingly and voluntarily quit or desert the mail before he delivered it into the post office or to an employee in the Postal Service authorized to receive the mail at the termination of the route.

In violation of Title 18, United States Code, Section 1700.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

 *s/Linda Lane*
LINDA LANE, # 0011451IA
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

 I, Linda Lane, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

       *s/Linda Lane*
       LINDA LANE, # 0011451IA

Subscribed and sworn to before me this __13th__ day of April 2022.



       Gregory J. Linhares
       CLERK, U.S. DISTRICT COURT

    By: Deborah O'Leary
       DEPUTY CLERK